■ In the Matter of METLIFE AUTO & HOME, Respondent, v AVRAHAM SHOYFER et al., Respondents, and ALLSTATE INSURANCE COMPANY, Appellant. [797 NYS2d 289]—

In a proceeding to stay an uninsured motorist arbitration, Allstate Insurance Company appeals from an order of the Supreme Court, Kings County (Silverman, J.H.O.), dated June 30, 2003, which, after a hearing, in effect, granted the petition.

Ordered that the order is reversed, on the law, with costs, and the matter is remitted to the Supreme Court, Kings County, for a new determination of the proceeding following a new hearing.

The judicial hearing officer's implicit denial of the unopposed request by the appellant's attorney for an opportunity to produce certified mail receipts was improvident (*see Matter of Ace Truck Rental Corp. v Hale Trailer & Truck Equip.*, 79 AD2d 635 [1980]), "especially in light of the fact . . . that the court had taken the position that said documentary evidence was a *sine qua non* of petitioner's case" (*id.*, at 636; *see Cantoni ITC USA v Milano Intl.*, 300 AD2d 334 [2002]). Accordingly, we reverse the order, in effect, granting the petition, and remit for a new determination of the proceeding following a new hearing. Florio, J.P., Adams, Mastro and Lifson, JJ., concur.